**Order entered December 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00973-CV

### AMERICAN HOMES 4 RENT PROPERTIES ONE, LLC, Appellant

### V.

### EVA IBARRA, ET AL, Appellee

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-13-02049-A**

## ORDER

We **GRANT** appellant's December 17, 2013 motion for extension to file reply brief and

**ORDER** the brief tendered concurrently with the motion filed as of the date of this order.

/s/     ELIZABETH LANG-MIERS
        JUSTICE